UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 3:11-CR-85 |
| | ) | Phillips/Shirley |
| ANTHONY HAYNES, | ) | |

## ORDER

United States Magistrate Judge Shirley submitted a Report and Recommendation ("R&R") [Doc. 44] in this case on the issue of restitution. After a status conference with Magistrate Judge Shirley, the parties submitted a joint Stipulation Regarding Restitution [Doc. 43]. The parties agreed and Magistrate Judge Shirley has recommended that the Court enter an amended judgment stating that the Defendant shall pay $1,000 in restitution to victim "Vicky," by and through her representative, and that this payment is not joint and several. The parties further agreed and Magistrate Judge Shirley recommended that the Judgment of conviction remain the same in all other respects. No objections to the Report and Recommendation have been filed and the time for doing so has passed. *See* 28 U.S.C. § 636(b)(1); Fed. R. Crim. P. 59(b).

Accordingly, for good cause shown and upon review of the record, the Court is in agreement with Magistrate Judge Shirley's recommendation, which the Court adopts and incorporates into its ruling. Thus, the Court **ACCEPTS IN WHOLE** the R&R [Doc. 44] and it is **ORDERED** that the Judgment in this case be **AMENDED** to state that the Defendant shall pay $1,000 in restitution to Vicky, by and through her representative, and

that this payment is not joint and several. In all other respects, the Judgment of conviction shall remain the same.

    IT IS SO ORDERED.

    Enter:

                                                       s/ Thomas W. Phillips
                                      SENIOR UNITED STATES DISTRICT JUDGE